UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
FEB 1 4 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIMINAL NO. W12CR050 |
| ) | |
| ADAM TENDEN RAY ) | |

APPLICATION FOR ISSUANCE OF WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America and respectfully represents that the above case is set for court proceedings on the 23rd day of February, 2012; that the Defendant is incarcerated and is now in the custody of the Sheriff, McLennan County, Texas.

WHEREFORE, the Government prays that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum addressed to the Sheriff, McLennan County, Texas, commanding him to surrender the said Defendant into the custody of the United States Marshal for the Western District of Texas, or his duly authorized representative, and directing said Marshal to bring said Defendant to Waco, Texas, on the 23rd day of February, 2012, for the purpose of said proceedings, and any further proceedings to be had in this cause.

*Stephanie Smith-Burris*
STEPHANIE SMITH-BURRIS
Assistant United States Attorney