FILED
FEB 1 4 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. **W12CR050** |
| Plaintiff, | * | |
| | * | INDICTMENT |
| | * | |
| | * | [VIO: COUNT ONE: 21 U.S.C. 841(a)(1) & 841(b)(1)(C)– Possession With Intent to Distribute Methamphetamine, a Schedule II Controlled Substance; 18 U.S.C. 2 – Aiding and Abetting; COUNT TWO: 18 U.S.C. 924(c)(1)(A)(i) – Possession of a Firearm During the Commission of a Drug Trafficking Crime; COUNT THREE: 18 U.S.C. 922(g)(1) & 924(a)(2) – Possession of a Firearm by a Convicted Felon] |
| V. | * | |
| ADAM TENDEN RAY (1), | * | |
| ▅▅▅▅▅▅▅▅▅▅ | * | |
| Defendants | * | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. 841(a)(1) & 841(b)(1)(C) and 18 U.S.C. 2]

On or about January 27, 2012, in the Western District of Texas, Defendants,

**ADAM TENDEN RAY,**
and
▅▅▅▅▅▅▅▅▅▅

aided and abetted by each other, unlawfully, knowingly, and intentionally did possess with intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TWO
### [18 U.S.C. 924(c)(1)(A)()]

On or about January 27, 2012, in the Western District of Texas, Defendant,

**ADAM TENDEN RAY,**

did knowingly possess at least one of the following firearms, to-wit:

A Nitro Hunter, 12 gauge shotgun, bearing serial number 211;
A Beretta, .22 caliber pistol, bearing serial number C11141;

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to-wit: Possession With Intent to Distribute Methamphetamine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE
### [18 U.S.C. 922(g)(1) & 924(a)(2)]

On or about January 27, 2012, in the Western District of Texas, Defendant,

**ADAM TENDEN RAY,**

being a person who had been convicted of the following crime, punishable by imprisonment for a term exceeding one year, to-wit:

On December 15, 2005, ADAM TENDEN RAY was convicted of *Prohibited Weapon* in the 54th Judicial District Court of McLennan County, Texas, in Cause Number 2005-1575-C;

did unlawfully and knowingly possess at least one of the following firearms, to-wit:

A Nitro Hunter, 12 gauge shotgun, bearing serial number 211;
A Beretta, .22 caliber pistol, bearing serial number C11141;

which had moved in commerce and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
FOREPERSON

SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002

ROBERT PITMAN
United States Attorney

*Stephanie Smith-Burris*
By:   STEPHANIE SMITH-BURRIS
      Assistant United States Attorney

3