FILED
MAY 26 2015
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY
6:12CR050

Honorable Judge Smith,                                May 9, 2015

I am writing this letter in regards to the Minus 2. I pled Guilty in your Court on May 31, 2012, and on October 18, 2012 I was sentenced to 168 months. My Offense Level was 31. Since being incarcerated, I have been an exemplary inmate and have accomplished the following: The Drug Education Course, The Ace Attitude course, The Ace Business course, The Ace Marketing course, The Wellness Health Fair, Beginner Crochet Class, Beginner, Intermediate, and Advanced Leather Course, and I was enrolled in Victorville Community College for Automotive until I was transferred to Mendota, California. I am currently on the waiting list for Automotive and Building Trades at this facility. I fully understand and take responsibility for the offense that I am doing time for. I have made mistakes in my life, and I am making myself into a smarter and better person, so I don't make the same mistakes that put me in here. I know you hear this from a lot of offenders but I would like to stress that I have learned from my mistakes. I have taken this opportunity to grow as an individual and to equip myself to be a law abiding citizen when given the opportunity to enter the world again. I have enrolled myself in numerous programs and completed every one of them successfully. I am doing everything I can to make myself better and I am utilizing every program and opportunity that is available to me. I have a clean disciplinary record as an offender, and I plan to keep it that way. Unlike many other offenders, I am blessed to have a wonderful supportive family waiting for me when I return to society. I have job skills that will assist me in being a successful law abiding citizen. I was young and made a lot of mistakes, but I will not use that as an excuse... Instead I will use that as a launch pad to go forward in my life from having learned from those mistakes. I realize you have a difficult decision and you only know who I am by this letter and my record, but I am trully a good person that made some stupid choices in my life. I have grown up and matured now. I understand you are probably hearing the same thing from each one of us. I know in my heart

that what I am telling you is the truth. That I will **NOT** return to drugs and that way of life. I am young and have a lot of life still ahead of me, and still can make something out of my life. I want to make it the best possible life for me, and that is by being with my family and being sober. I have nieces and nephews who I want to get to know, and for me to be able to teach and help them so they don't make the same mistakes that I did. I want to be a positive influence in their lives. I have great parents that I want to spend time with before it is to late and they are not around anymore. I want to have as much time as possible with them. I have already been away from them to much, but that is nobody's fault besides my own. I miss my family greatly, and hopefully I will find me a wife and start a family of my own when I leave here. I know this place isn't for me. I don't want to live my life like this. I am to smart and to good of a person for this kind of life. I know that I can be a productive citizen. I ask that you consider my request, and allow me the opportunity to live a successful life with my family by granting me this two level reduction. I am just asking for this opportunity to prove to you that I can live a successful life in society. I respect your decision and do thank you for taking the time to read this letter. Thank you for your consideration. I appreciate any assistance that you will be willing to provide. Thank you again for everything and hope you have a great day.

Humbly
Adam Tenden Ray 89949-280
Cause Number W-12-CR-050(1)

Adam Tenden Ray 89949-280
Federal Correctional Institution
Mendota Medium
P.O. Box 9
Mendota, CA 93640

FRESNO CA 936
21 MAY 2015 PM 1 L

⇔ 89949-280 ⇔
Clerks Office
Room 380
800 Franklin AVE
US District Court
WACO, TX 76701
United States

76701193460

